IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MOISES HERNANDEZ,<br><br>　　　　　Defendant. | Crim. No. 06-736-5 (RBK)<br><br>**ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Defendant Moises Hernandez's Motion for a Reduction of Sentence under the First Step Act ("Motion") (ECF No. 179). For the reasons expressed in the corresponding Opinion,

**IT IS HEREBY ORDERED** that the Court **DENIES** Hernandez's Motion (ECF No. 179).


Dated: December 19, 2022　　　　　　　　　　　　　/s/ Robert B. Kugler
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT B. KUGLER
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge